| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Dowdell, John E. | 2. Court or Organization U.S. District Court, Northern District of Oklahoma | 3. Date of Report 05/15/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active Status | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

U.S. Courthouse
333 W. 4th Street, Room 411
Tulsa, Oklahoma 74103

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dowdell, John E. | 05/15/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | �altext Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dowdell, John E. | 05/15/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citi | Credit Card | K |
| 2. | Southwest Rapid Rewards | Credit Card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dowdell, John E. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Mass Mutual Whole Life | None | | M | T | | | | | |
| 2. | | | | | | | | | |
| 3. Tulsa Federal Employee's Credit Union Account | None | | J | T | | | | | |
| 4. | | | | | | | | | |
| 5. IRA #1 (H) | | | | | | | | | |
| 6. -Schwab Govt Money Fund | None | | K | T | Redeemed (part) | 01/04/18 | J | | |
| 7. | | | | | Redeemed (part) | 01/08/18 | J | | |
| 8. | | | | | Redeemed (part) | 01/12/18 | J | | |
| 9. | | | | | Redeemed (part) | 02/12/18 | J | | |
| 10. | | | | | Buy (add'l) | 03/08/18 | J | | |
| 11. | | | | | Buy (add'l) | 04/09/18 | J | | |
| 12. | | | | | Redeemed (part) | 04/12/18 | J | | |
| 13. | | | | | Buy (add'l) | 05/08/18 | J | | |
| 14. | | | | | Redeemed (part) | 05/21/18 | J | | |
| 15. | | | | | Buy (add'l) | 06/01/18 | J | | |
| 16. | | | | | Buy (add'l) | 06/08/18 | J | | |
| 17. | | | | | Buy (add'l) | 06/14/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dowdell, John E. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Redeemed (part) | 07/05/18 | J | | |
| 19. | | | | | Redeemed (part) | 07/06/18 | J | | |
| 20. | | | | | Buy (add'l) | 07/10/18 | J | | |
| 21. | | | | | Redeemed (part) | 07/11/18 | J | | |
| 22. | | | | | Redeemed (part) | 07/17/18 | J | | |
| 23. | | | | | Redeemed (part) | 07/20/18 | J | | |
| 24. | | | | | Redeemed (part) | 08/06/18 | K | | |
| 25. | | | | | | | | | |
| 26. -Invesco Fund f/k/a Powershares Global ETF Fund High YLD USDBond Port | A | Dividend | J | T | | | | | |
| 27. | | | | | | | | | |
| 28. -The Southern Company Stock (common) | A | Dividend | J | T | | | | | |
| 29. | | | | | | | | | |
| 30. -Ishares S&P 500 Growth S&P 500 Growth Index FD | A | Dividend | K | T | | | | | |
| 31. | | | | | | | | | |
| 32. -Schw Intl EQ ETF | A | Dividend | J | T | Sold (part) | 10/01/18 | J | A | |
| 33. | | | | | | | | | |
| 34. -Ishares S&P 500 Value S&P 500 Value Index FD | A | Dividend | | | Sold | 06/29/18 | K | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dowdell, John E. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36.  -Vanguard FTSE Emerging Markets ETF | A | Dividend | J | T | Sold (part) | 06/29/18 | J | | |
| 37. | | | | | Sold (part) | 10/01/18 | K | | |
| 38.  -Ishares Core S&P ETF Smallcap | A | Dividend | K | T | Buy (add'l) | 01/02/18 | J | | |
| 39. | | | | | Buy (add'l) | 06/29/18 | K | | |
| 40.  -Ishares Core S&P ETF Midcap | A | Dividend | K | T | Buy (add'l) | 10/01/18 | J | | |
| 41. | | | | | | | | | |
| 42.  -SCH US REIT ETF | | None | | | Sold | 10/01/18 | J | B | |
| 43.  -Williams Companies Stock (common) | A | Dividend | J | T | Buy (add'l) | 07/03/18 | J | | |
| 44. | | | | | | | | | |
| 45.  -Verizon Communications (common) | A | Dividend | J | T | | | | | |
| 46. | | | | | | | | | |
| 47.  -Pattern Energy CL A (common) | A | Dividend | J | T | | | | | |
| 48. | | | | | | | | | |
| 49.  -Lamar Advertising Co. A Class A (common) | A | Dividend | J | T | Buy (add'l) | 07/13/18 | J | | |
| 50. | | | | | | | | | |
| 51.  -Vodafone Group New ADR F Sponsored ADF (common) | A | Dividend | J | T | Buy (add'l) | 07/13/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dowdell, John E. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. -Peoples United Finl Inc. (common) | A | Dividend | J | T | | | | | |
| 54. | | | | | | | | | |
| 55. -GEO Group Inc. (common) | A | Dividend | J | T | | | | | |
| 56. | | | | | | | | | |
| 57. -Valley National Banc (common) | A | Dividend | J | T | Buy (add'l) | 01/12/18 | J | | |
| 58. | | | | | Sold (part) | 11/08/18 | J | | |
| 59. -Doubleline Total Return TTCL ETF | D | Dividend | M | T | | | | | |
| 60. | | | | | | | | | |
| 61. -Weyerhaeuser Co REIT (common) | A | Dividend | J | T | | | | | |
| 62. | | | | | | | | | |
| 63. -Duke Energy Corp (common) | A | Dividend | | | Sold | 09/21/18 | J | A | |
| 64. | | | | | | | | | |
| 65. -Blackstone MTG TR REIT (common) | A | Dividend | J | T | Sold (part) | 02/07/18 | J | A | |
| 66. | | | | | | | | | |
| 67. -Pfizer Incorporated (common) | A | Dividend | J | T | | | | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dowdell, John E. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Cisco Systems Inc. (common) | A | Dividend | J | T | Sold (part) | 11/08/18 | J | B | |
| 70. | | | | | | | | | |
| 71. -IBM Corp (common) | A | Dividend | | | Buy | 01/04/18 | J | | |
| 72. | | | | | Sold | 10/17/18 | J | | |
| 73. -IShares IBonds Dec 2022 CRP ETF: IBDN | A | Dividend | | | Sold | 02/08/18 | L | | |
| 74. | | | | | | | | | |
| 75. -Qualcomm Inc. (common) | A | Dividend | | | Sold | 06/26/18 | J | A | |
| 76. | | | | | | | | | |
| 77. -CME Group Inc. (common) | A | Dividend | J | T | Sold (part) | 03/27/18 | J | A | |
| 78. -Valero Energy Corp (common) | A | Dividend | | | Sold (part) | 05/29/18 | J | C | |
| 79. | | | | | Sold | 08/28/18 | J | B | |
| 80. -Vaneck Vectors Nat Res ETF f/k/a Market Vectors ETF Trusthard Asset | | None | | | Sold (part) | 01/02/18 | K | B | |
| 81. | | | | | Sold | 06/29/18 | J | B | |
| 82. | | | | | | | | | |
| 83. -IShares IBND Dec 2025 TRM ETF: IBDQ | C | Dividend | M | T | | | | | |
| 84. | | | | | | | | | |
| 85. -Powershares Senior Loan ETF: BKLN | A | Dividend | | | Sold | 05/17/18 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dowdell, John E. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. -Coca Cola Company (common) | A | Dividend | J | T | | | | | |
| 88. | | | | | | | | | |
| 89. -Chimera Investment (common) | A | Dividend | J | T | Buy (add'l) | 07/18/18 | J | | |
| 90. | | | | | | | | | |
| 91. -Powershares Variable Rate PRF ETF IV: VRP | | None | | | Sold | 01/04/18 | J | A | |
| 92. | | | | | | | | | |
| 93. -Virtu Financial Inco (common) | A | Dividend | J | T | Sold (part) | 03/27/18 | J | B | |
| 94. | | | | | | Buy (add'l) | 07/02/18 | J | | |
| 95. | | | | | | | | | |
| 96. -Schwab International Small Cap Equity ETF: SCHC | A | Dividend | K | T | Buy (add'l) | 01/02/18 | K | | |
| 97. | | | | | | Sold (part) | 06/29/18 | J | | |
| 98. -PBF Energy Inc. Class A (common) | A | Dividend | | | Sold (part) | 03/09/18 | J | A | |
| 99. | | | | | | Sold (part) | 09/18/18 | J | A | |
| 100. | | | | | | Sold | 09/24/18 | J | B | |
| 101. -HSBC Hldgs PLC F Sponsored ADR: HSBC (common) | A | Dividend | J | T | | | | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dowdell, John E. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. -Two Harbors Investment Corp REIT (common) | A | Dividend | J | T | Sold (part) | 02/07/18 | J | | |
| 104. | | | | | | | | | |
| 105. -Iron Mountain US Hol REIT (common) | A | Dividend | | | Sold | 10/17/18 | J | | |
| 106. | | | | | | | | | |
| 107. -Macquarie Infrastructure (common) | A | Dividend | | | Sold | 03/27/18 | J | | |
| 108. | | | | | | | | | |
| 109. -Park Hotels & Resort (common) | A | Dividend | J | T | Sold (part) | 06/11/18 | J | A | |
| 110. | | | | | | | | | |
| 111. -Dominion Resources I (common) | A | Dividend | J | T | | | | | |
| 112. | | | | | | | | | |
| 113. -HCP Inc. REIT | A | Dividend | | | Sold | 09/18/18 | J | | |
| 114. | | | | | | | | | |
| 115. -General Motors Co: GM (common) | A | Dividend | J | T | Buy | 02/07/18 | J | | |
| 116. | | | | | | Buy (add'l) | 03/09/18 | J | | |
| 117. -Ishares Trust Ibonds Dec 2027 Term Corporate ETF: IBDS | C | Dividend | L | T | Buy | 02/08/18 | L | | |
| 118. | | | | | | | | | |
| 119. -Colgate-Palmolive Co: CL (common) | A | Dividend | | | Buy | 03/27/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dowdell, John E. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 11/05/18 | J | | |
| 121. -General Mills Inc.: GIS (common) | A | Dividend | J | T | Buy | 03/27/18 | J | | |
| 122. | | | | | | | | | |
| 123. -Ishares Ibonds Dec 2026 Term Corporate ETF: IBDR | B | Dividend | L | T | Buy | 05/17/18 | L | | |
| 124. | | | | | | | | | |
| 125. -Public Storage REIT: PSA (common) | A | Dividend | J | T | Buy | 06/26/18 | J | | |
| 126. | | | | | | | | | |
| 127. -Flexshares Upstream Natural IDX ETF: GUNR | A | Dividend | K | T | Buy | 06/29/18 | K | | |
| 128. | | | | | | Sold (part) | 10/01/18 | J | | |
| 129. -Vanguard High Dividend Yield ETF: VYM | A | Dividend | | | Buy | 06/29/18 | J | | |
| 130. | | | | | Buy (add'l) | 10/01/18 | J | | |
| 131. -Invesco Ltd F: IVZ (common) | A | Dividend | J | T | Buy | 08/28/18 | J | | |
| 132. | | | | | Buy (add'l) | 10/04/18 | J | | |
| 133. -Intel Corp: INTC (common) | A | Dividend | J | T | Buy | 09/24/18 | J | | |
| 134. | | | | | | | | | |
| 135. -Healthcare Realty TR REIT: HR | A | Dividend | J | T | Buy | 09/18/18 | J | | |
| 136. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dowdell, John E. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -Medical Properties REIT: MPW | | None | J | T | Buy | 09/18/18 | J | | |
| 138. | | | | | | | | | |
| 139.  -Centerpoint Energy: CNP (common) | A | Dividend | J | T | Buy | 10/16/18 | J | | |
| 140. | | | | | | | | | |
| 141.  -Lockheed Martin Corp: LMT (common) | A | Dividend | J | T | Buy | 10/17/18 | J | | |
| 142. | | | | | | | | | |
| 143.  -Vanguard Real Estate ETF: VNQ | A | Dividend | K | T | Buy | 10/01/18 | K | | |
| 144. | | | | | | | | | |
| 145.  -New Residential Investment Corp.: NRZ (common) | | None | J | T | Buy | 10/17/18 | J | | |
| 146. | | | | | | | | | |
| 147.  -Leggett & Platt Inc.: LEG (common) | | None | J | T | Buy | 11/05/18 | J | | |
| 148. | | | | | | | | | |
| 149.  -Whirlpool Corp: WHR (common) | A | Dividend | J | T | Buy | 11/08/18 | J | | |
| 150. | | | | | | | | | |
| 151.  TIAA-CREF Retirement (Traditional) | C | Int./Div. | L | T | | | | | |
| 152. | | | | | | | | | |
| 153. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dowdell, John E. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | | | | | |
| 155. | | | | | | | | | |
| 156. | | | | | | | | | |
| 157. | | | | | | | | | |
| 158. | | | | | | | | | |
| 159. | | | | | | | | | |
| 160. | | | | | | | | | |
| 161. | | | | | | | | | |
| 162. | | | | | | | | | |
| 163. | | | | | | | | | |
| 164. | | | | | | | | | |
| 165. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dowdell, John E. | 05/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **John E. Dowdell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544